1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 436-6570
       Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO. 00-0642-001 MMC
                                      )
15 |     Plaintiff,                   ) [PROPOSED]
                                      ) ORDER GRANTING APPLICATION FOR
16 | v.                               ) WRIT OF CONTINUING GARNISHMENT
                                      )
17 | WALLETA KRETZ,                   )
                                      )
18 |     Defendant,                   )
                                      )
19 | _____     )
                                      )
20 | CONTRA COSTA COUNTY AUDITOR      )
     CONTROLLER DEPARTMENT,           )
21                                    )
         Garnishee.                   )
22 | _____     )

23
        Upon consideration of the United States' Application for Writ of Continuing Garnishment and
24
   for good cause shown,
25
        IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing
26
   Garnishment is granted.
27

28

   ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
   CR 00-0642-001 MMC                            1

1  IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing
2 Garnishment to Contra Costa County Auditor Controller Department, as Garnishee, for the purpose of
3 garnishing property (including nonexempt disposable earnings) in which Walleta Kretz (the
4 "defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-
5 captioned case against the defendant.

6  IT IS FURTHER ORDERED that the Clerk of the Court is DIRECTED to issue the
7 proposed "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant" (Dkt.
No. 21), and the United States is hereby ORDERED to serve defendant and the garnishee
8 with (1) the writ of garnishment, (2) the "Clerk's Notice of Post-Judgment Garnishment and
9 Instructions to Defendant," and (3) the instructions to the garnishee (Dkt. No. 22).  See 28
10 U.S.C. § 3205(c)(3).

11 Dated: September 20, 2016

MAXINE M. CHESNEY
12 United States District Judge