| | |
|---|---|
| DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br>SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division<br>JULIE C. REAGIN (CABN 167934)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7181<br>Fax: (415) 436-6570<br>Email: Julie.Reagin@usdoj.gov<br><br>Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALLETA KRETZ,<br><br>　　　　Defendant,<br><br>―――――――――――――――<br><br>CONTRA COSTA COUNTY EMPLOYEES'<br>RETIREMENT ASSOCIATION,<br><br>　　　　Garnishee. | CASE NO. CR-00-0642-01 MMC<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR<br>WRIT OF CONTINUING GARNISHMENT |

　　　　Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

　　　　IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing

[PROPOSED] ORDER GRANTING APPLICATION FOR WRIT OF CONTIUING GARNISHMENT
CASE NO. CR-00-0642-01 MMC　　　　　　　　1

Garnishment to the Contra Costa County Employees' Retirement Association, for the purpose of garnishing defendant Walleta Kretz's property in which defendant Walleta Kretz has a substantial nonexempt interest, in order to satisfy the judgment entered against her in the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant.

Dated: March 5, 2019

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE