DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6570
    Email: Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

**FILED**
MAR 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALLETA KRETZ,<br><br>    Defendant, | CASE NO. CR-00-0642-01 MMC<br><br>WRIT OF CONTINUING GARNISHMENT |
| CONTRA COSTA COUNTY EMPLOYEES' RETIREMENT ASSOCIATION,<br><br>    Garnishee. | |

TO:   Contra Costa County Employees Retirement Association
       Attn: Alison F. Greene/CCCERA Deputy General Counsel
       1355 Willow Way, Suite 221
       Concord, CA 94520

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-00-0642-01 MMC           1

The name, last known residential and mailing address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("Defendant") in this action and whose property is subject to this Writ are as follows:

Walleta Kretz
772 Auburn Court
Vallejo, CA 94589
Social Security Number (last four digits): XXX-XX-4105

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against Defendant for a debt in the original amount of $72,774.29. As of February 27, 2019, the total balance due on the judgment debt is $30,222.57.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of Defendant in which Defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from Defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. With respect to the debtor's wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or retirement program, you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld. See, 28 U.S.C. §§ 3205(a) and 3002(9).2.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of Defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by Defendant in which Defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b. a description of such property and the value of such property;

    c. a description of any previous garnishments to which such property is subject and

the extent to which any remaining property is not exempt; and

  d.  the amount of the debt you anticipate owing to Defendant in the future and whether the period for payment will be weekly or another specified period.

  For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

  3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

    Clerk, United States District Court
    450 Golden Gate Avenue, Box 36060
    San Francisco, CA 94102

  At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both Defendant and attorney for the United States at the following respective addresses:

    Walleta Kretz
    772 Auburn Court
    Vallejo, CA 94589

    Julie C. Reagin, Assistant U.S. Attorney
    United States Attorney's Office
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102

  Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to Defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

  **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: MAR 0 6 2019

By: _____
Deputy Clerk    MARK J. JENKINS